UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Washington DOMOND,

Petitioner,

v.

Christopher LaROSE, et al.,

Respondents.

Case No.: 26-cv-5953-AGS-VET

**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE**

Petitioner Washington Domond seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. Respondent "does not oppose" Domond's petition and "defers to the Court on the appropriate relief." (ECF 4, at 4.) In light of this concession, the habeas petition is **GRANTED**. Respondents must immediately release petitioner. All deadlines and hearings are vacated. The Clerk must issue a judgment and close this case.

Dated: October 28, 2026

Hon. Andrew G. Schopler
United States District Judge